In the matter of the petition of George E. GREEN, as State Commissioner of Excise, appellant, for an order revoking and canceling Liquor Tax Certificate No. 11041, issued to Albert GRAHAM, respondent. (Supreme Court, Appellate Division, Second Department. Oc-

tober 6, 1916.) Order affirmed, with $10 costs and disbursements. No opinion.